# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                          CASE NO:  8:10-CR-486-T-30TGW

DAVID PATRICK HESTON,

    Defendant.
_____/

# ORDER

    THIS CAUSE comes before the Court upon Defendant's Motion to Suppress Evidence (Dkt. #10) and the Government's Response (Dkt. #12) in opposition thereto.  Based on the facts set forth in Defendant's Motion, the Motion will be denied.  When the truck was searched, law enforcement knew that the victim had identified Defendant as the one who shot him, the pick-up truck found behind Defendant's apartment belonged to Defendant (his ID was in plain sight inside), and a firearm was in plain sight in the bed of the truck.

    It is therefore ORDERED AND ADJUDGED that Defendant's Motion to Suppress Evidence (Dkt. #10) is DENIED.

    **DONE** and **ORDERED** in Tampa, Florida on January 26, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

*F:\Docs\2010\10-cr-486.suppress 10.wpd*