UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:10-cr-486-T-30TGW

DAVID PATRICK HESTON

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture (Doc. 54), pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), 21 U.S.C. § 853(n)(7), and Fed. R. Crim. P. 32.2(c)(2) for the following weapon and ammunition:

    a.    One Taurus 85 revolver, .38 caliber handgun, Serial Number: TF45056;

    b.    Fifty-two (52) rounds of assorted ammunition; and

    c.    One Remington Arms Company, Inc. 597 Rifle, .22 caliber rifle, Serial Number: B2688670.

The Court, being fully advised in the premises, hereby finds as follows:

1.    On April 21, 2011, the Court granted the United States' motion and entered the Preliminary Order of Forfeiture, forfeiting to the United States of America, Heston's right, title, and interest in the weapons and ammunition. (Doc. 42).

2.    On June 15, 2011, Heston was sentenced, and the weapons and ammunition were found subject to forfeiture and included in the Judgment. (Docs.

50, 53).

3. In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture, and of its intent to dispose of the weapons and ammunition, on the official government website, www.forfeiture.gov, from April 22, 2011 through May 21, 2011. (Doc. 49). The publication gave notice to all third parties with a legal interest in the weapons and ammunition to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

4. In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture, and of its intent to dispose of the weapons and ammunition, on the official government website, www.forfeiture.gov, from March 15, 2011 through April 13, 2011. (Doc. 74). The publication gave notice to all third parties with a legal interest in the weapons and ammunition to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

5. No person or entity, other than the defendant, Heston, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have an interest in the weapons and ammunition. No other third party has filed a

petition or claimed an interest in the weapons and ammunition, and the time for filing a petition has expired. Thus, any third-party interest in the weapons and ammunition is now barred.

6. The Court finds that the remaining weapons and ammunition are the property of defendant David Patrick Heston.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion (Doc. 54) is **GRANTED**. It is FURTHER ORDERED that all right, title and interest in the weapons and ammunition are CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), 21 U.S.C. § 853(n)(7), and Fed. R. Crim. P. 32.2(c)(2) for disposition according to law.

Clear title to the weapons and ammunition are now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on June 23, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2010\10-cr-486.forfeit 54.wpd